# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE DODSON,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:18-cv-1172 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 16) |

On April 10, 2019, Plaintiff filed a stipulation of the parties for Plaintiff to have an extension of thirty days to file her opening brief. (Doc. 16) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 3 at 4). Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 16) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **May 16, 2019**.

IT IS SO ORDERED.

Dated: **April 11, 2019**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE