# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE DODSON,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-1172 - JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A THIRD EXTENSION OF TIME<br><br>(Doc. 19) |

On June 13, 2019, Defendant filed a stipulation of the parties, requesting an extension of sixty days to respond to Plaintiff's opening brief. (Doc. 19) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4 at 4), which was previously used by Plaintiff in this action. This is now the third request for an extension by the parties. (*See* Docs. 14-17)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 4 at 4) In addition, the parties were cautioned that requests for modification of the Court's schedule "will **not** routinely be granted." (*Id.*, emphasis in original) Despite the Court's explicit order, Defendant failed to file a written *motion* for amending the scheduling order for an extension. Accordingly, the Court construes the stipulation of the parties to be a motion by Defendant to amend the scheduling order.

Defendant asserts there is good cause for the extension because, [s]ince the filing of Plaintiff's

1

opening brief, Defendant's counsel has worked on about 12 district court and bankruptcy matters, some of which required more time to complete than anticipated, particularly in the last two weeks." (Doc. 19 at 1) Ms. Chen also reports that she "has at least 35 cases until August 16, 2019, including this case." (*Id.* at 2) Therefore, Ms. Chen asserts that "she is shifting around to prioritize her older cases and to prevent asking for multiple extensions." (*Id.*) Further, Plaintiff does not oppose the request for an additional extension of time to respond to the brief. (*See id.*) Accordingly, the Court **ORDERS**:

1. Defendant's motion for a fourth extension of time (Doc. 19) is **GRANTED**; and
2. Defendant **SHALL** respond to the opening brief no later than **August 16, 2019**.

The parties are advised that absent a showing of exceptionally good cause—which will not include the workloads of counsel—no further extensions of time will be granted.

IT IS SO ORDERED.

Dated: **June 13, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE