UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE DODSON, | Case No.: 1:18-cv-01172 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 24) |
| Defendant. | |

Marlene Dodson and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 24) Subject to the terms of the stipulation, the Court **ORDERS** fees and costs in the total amount of $9,050.00 are **AWARDED** to Marlene Dodson.

IT IS SO ORDERED.

Dated:   **June 24, 2020**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE