**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLENE DODSON, | Case No.: 1:18-cv-01172 - JLT |
| Plaintiff, | AMENDED ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 24) |
| Defendant. | |

Marlene Dodson and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 24) Subject to the terms of the stipulation, the Court **ORDERS** fees in the amount of $8,650.00 and costs in the total amount of $400.00 are **AWARDED** to Marlene Dodson.

IT IS SO ORDERED.

Dated: **July 1, 2020**        /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE